08 CV 03077

Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
hayes@hugheshubbard.com

*Attorneys for Defendant Merck & Co., Inc.*

RECEIVED
MAR 26 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
GERALDINE M. ALAPECK,         :
                              :   No.: _____
              Plaintiff,      :
                              :
     -against-                :   **Rule 7.1 Statement**
                              :
MERCK & CO., INC.,            :
                              :
              Defendant.      :
------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       March 25, 2008

                                  Respectfully submitted,

                                  HUGHES HUBBARD & REED LLP

                                  By: /s/ Vilia B. Hayes
                                  Theodore V. H. Mayer
                                  Vilia B. Hayes
                                  Robb W. Patryk
                                  hayes@hugheshubbard.com

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*