

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 9 2008

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2008

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-134)**



On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,699 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

MAY 19 2008

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                               MDL No. 1657

### SCHEDULE CTO-134 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC.L/3 |
|---|---|---|---|
| **MINNESOTA** | | | |
| MN 0 08-912 | Betty Raymer v. Merck & Co., Inc. | | 08-3219 |
| **NEW YORK SOUTHERN** | | | |
| ~~NYS 1 08-3067~~ | ~~Marianne Raftis v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3068~~ | ~~Samuella Cadwell, et al. v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3069~~ | ~~Dean Santacrose v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3074~~ | ~~Margaret Steinhoff, et al. v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3075~~ | ~~Kevin Pitcher v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| NYS 1 08-3076 | Lori Dufresne, etc. v. Merck & Co., Inc. | | 08-3220 |
| NYS 1 08-3077 | Geraldine M. Alapeck v. Merck & Co., Inc. | | 08-3221 |
| ~~NYS 1 08-3078~~ | ~~Carolyn S. Croft v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| NYS 1 08-3079 | Mary J. Mahar v. Merck & Co., Inc. | | 08-3222 |
| ~~NYS 1 08-3280~~ | ~~Helen Bilik, et al. v. Pfizer Inc., et al.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3291~~ | ~~Carol Adelberg, et al. v. Pfizer Inc., et al.~~ | OPPOSED 5/6/08 | |